UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD MAWBY,

        Plaintiff,

v.

ROBERT REZNICK,

        Defendant,
_____/

Case No. 09-10468

HON: AVERN COHN

## ORDER

Given that defendants Jeffrey Weber, Michael Olcese, and the Law Firm of Weber & Olcese are no longer parties in this case, plaintiff shall file an amended complaint as to defendant Robert Reznick. The motion for summary judgment (Dkt. 17) in so far as it pertains to Robert Reznick is DENIED without prejudice. Following the filing of the amended complaint and answer, the Court will hold a status conference to chart the future course of the case.

SO ORDERED.

Dated: December 2, 2009

    s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 2, 2009, by electronic and/or ordinary mail.

    s/ Julie Owens
Case Manager, (313) 234-5160